UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GUSTAVO BARRERA ACOSTA,

Petitioner,

v. Case No.: 2:26-cv-01737-SPC-KRH

WARDEN, FLORIDA SOFT SIDE DETENTION CENTER,

Respondent.

______________________________/

**OPINION AND ORDER**

Before the Court is the Federal Respondents' Supplemental Response Concerning Court-Ordered Custody Review and Removal Efforts (Doc. 15). Gustavo Barrera Acosta filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court found no significant likelihood Barrera Acosta would be removed in the reasonably foreseeable future. But in light of Barrera Acosta's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public. A custody review panel found no threat to public safety and recommended that ICE release Barrera Acosta under reasonable terms of supervision.

Accordingly, it is hereby

**ORDERED:**

Gustavo Barrera Acosta's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

1. The respondents shall release Barrera Acosta within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.
2. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record